# EXHIBIT A

**General Civil and Domestic Relations Case Filing Information Form**

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

20FV0419W

NOV 23, 2020 01:48 PM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

☑ Superior or ☐ State Court of _Franklin_ County

**For Clerk Use Only**

**Date Filed** _11-23-2020_
MM-DD-YYYY

**Case Number** _20FV0419W_

**Plaintiff(s)**

Langston, Debra

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Langston, Nathaniel

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _Sanker, Jason_

**Defendant(s)**

Georgia Renewable Power, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

GRP Franklin, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Veolia Energy Operating Services, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

John Doe Corporations 1-20

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Bar Number** _142463_   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**        **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

## SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**

**NOV 23, 2020 01:48 PM**

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

CIVIL ACTION NUMBER   20FV0419W

Langston, Debra
Langston, Nathaniel

_____
**PLAINTIFF**

**VS.**

Georgia Renewable Power, LLC
GRP Franklin, LLC, DBA GRP Franklin I,
LLC
Veolia Energy Operating Services, LLC
John Doe Corporations 1-20

_____
**DEFENDANTS**

**SUMMONS**

TO: GEORGIA RENEWABLE POWER, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jason Sanker**
> **McRae, Smith, Peek, Harman & Monroe, LLP**
> **111 Bridgepoint Plaza, Suite 300**
> **Rome, Georgia 30162**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of November, 2020.**

Clerk of Superior Court

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

# SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**

**NOV 23, 2020 01:48 PM**

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

CIVIL ACTION NUMBER  20FV0419W

Langston, Debra
Langston, Nathaniel

---

**PLAINTIFF**

**VS.**

Georgia Renewable Power, LLC
GRP Franklin, LLC, DBA GRP Franklin I,
LLC
Veolia Energy Operating Services, LLC
John Doe Corporations 1-20

---

**DEFENDANTS**

## SUMMONS

TO: GRP FRANKLIN, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jason Sanker**
> **McRae, Smith, Peek, Harman & Monroe, LLP**
> **111 Bridgepoint Plaza, Suite 300**
> **Rome, Georgia 30162**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of November, 2020.**

Clerk of Superior Court

*Melissa Holbrook*

Melissa Holbrook, Clerk
Franklin County, Georgia

# SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

✦ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**

**NOV 23, 2020 01:48 PM**

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

CIVIL ACTION NUMBER   20FV0419W

Langston, Debra
Langston, Nathaniel

_____

**PLAINTIFF**

                                        **VS.**

Georgia Renewable Power, LLC
GRP Franklin, LLC, DBA GRP Franklin I,
LLC
Veolia Energy Operating Services, LLC
John Doe Corporations 1-20

_____

**DEFENDANTS**

**SUMMONS**

TO: VEOLIA ENERGY OPERATING SERVICES, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jason Sanker**
> **McRae, Smith, Peek, Harman & Monroe, LLP**
> **111 Bridgepoint Plaza, Suite 300**
> **Rome, Georgia 30162**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of November, 2020.**

Clerk of Superior Court


_____
*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

Page 1 of 1

# SUPERIOR COURT OF FRANKLIN COUNTY
# STATE OF GEORGIA

✸ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**

**NOV 23, 2020 01:48 PM**

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

CIVIL ACTION NUMBER  20FV0419W

Langston, Debra
Langston, Nathaniel

_____

**PLAINTIFF**

**VS.**

Georgia Renewable Power, LLC
GRP Franklin, LLC, DBA GRP Franklin I,
LLC
Veolia Energy Operating Services, LLC
John Doe Corporations 1-20

_____

**DEFENDANTS**

## SUMMONS

TO: JOHN DOE CORPORATIONS 1-20

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jason Sanker**
> **McRae, Smith, Peek, Harman & Monroe, LLP**
> **111 Bridgepoint Plaza, Suite 300**
> **Rome, Georgia 30162**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If this action pertains to a Protective Order, the Answer is to be filed and served on or before the scheduled hearing date attached. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of November, 2020.**

Clerk of Superior Court

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**

NOV 23, 2020 01:48 PM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **DEBRA LANGSTON** and | ) | |
| **NATHANIEL LANGSTON;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | |
| **v.** | ) | |
| | ) | _____ |
| **GEORGIA RENEWABLE POWER,** | ) | |
| **LLC; GRP FRANKLIN, LLC d/b/a GRP** | ) | |
| **FRANKLIN I, LLC; VEOLIA ENERGY** | ) | |
| **OPERATING SERVICES, LLC; and** | ) | |
| **JOHN DOE CORPORATIONS 1-20;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT FOR DAMAGES

Come now Plaintiffs, DEBRA LANGSTON and NATHANIEL LANGSTON (hereinafter collectively "Plaintiffs"), by and through undersigned counsel and file this Complaint for Damages against Defendants, GEORGIA RENEWABLE POWER, LLC ("GRP"), GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC ("GRPF"), VEOLIA ENERGY OPERATING SERVICES, LLC ("VEOS"), and JOHN DOE CORPORATIONS 1-20 (hereinafter collectively "Defendants"), and, in support hereof, respectfully show the Court as follows:

1.

Plaintiffs are a mother (Debra Langston) and son (Nathaniel Langston) who reside at the real estate involved in this action, having a street address of 3289 Highway 198 Carnesville, Franklin County, Georgia 30521 (hereinafter "Plaintiffs' Real Property"). Plaintiff NATHANIEL LANGSTON is the owner of Plaintiffs' Real

Property as described in Exhibit "A" which is attached hereto and made a part of this Complaint for Damages by reference.

2.

Plaintiffs live and enjoy all activities of life at Plaintiffs' Real Property in the vicinity of the Franklin County Biomass Power Plant (hereinafter "GRP Plant") which is owned and/or operated by Defendants.

3.

Defendant GRP is a privately held foreign limited liability company organized and existing under the laws of the State of Delaware with a principal office address in Birmingham, Alabama. GRP is registered to do business in the State of Georgia and may be served by and through its designated corporate registered agent, to wit: Capitol Corporate Services, Inc., 3675 Crestwood Parkway NW, Suite 350, Duluth, Gwinnett County, Georgia 30096. GRP maintains an office and does business in Franklin County by virtue of the continuing operation of the GRP Plant which is the subject of this litigation. GRP is responsible for the activities at the GRP Plant which have resulted and continue to result in excessive and unabated noise, vibrations, light, and odor and the continuing damages and injuries resulting therefrom to Plaintiffs.

4.

Defendant GRPF is a privately held foreign limited liability company organized and existing under the laws of the State of Delaware and with a principal office address in Birmingham, Alabama. GRPF is registered to do business in the State of Georgia and may be served by and through its designated corporate registered agent, to wit: Capitol

Corporate Services, Inc., 3675 Crestwood Parkway NW, Suite 350, Duluth, Gwinnett County, Georgia 30096. GRPF maintains an office and does business in Franklin County by virtue of the continuing operation of the GRP Plant which is the subject of this litigation.  GRPF is responsible for the activities at the GRP Plant which have resulted and continue to result in excessive and unabated noise, vibrations, light, and odor and the continuing damages and injuries resulting therefrom to Plaintiffs.

5.

Defendant VEOS is a privately held foreign limited liability company organized and existing under the laws of the State of Delaware and with a principal office address in Boston, Massachusetts. VEOS is registered to do business in the State of Georgia and may be served by and through its designated corporate registered agent, to wit: C T Corporation System, 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046-4805. VEOS maintains an office and does business in Franklin County by virtue of the continuing operation of the GRP Plant that is the subject of this litigation, and VEOS is responsible for the activities at the GRP Plant which have resulted and continue to result in excessive and unabated noise, vibrations, light, and odor and the continuing damages and injuries resulting therefrom to Plaintiffs.

6.

Defendants "JOHN DOE CORPORATIONS 1-20" are unknown corporate defendants who are or may be responsible for the activities at the GRP Plant, including but not limited to the construction or operation of the GRP Plant, which have resulted and continue to result in excessive and unabated noise, vibrations, light, and odor and

the continuing damages and injuries resulting therefrom to Plaintiffs.  All such parties, if any, when they are known and their potential liability established, shall be added to this action.

7.

The GRP Plant is located in Franklin County, Georgia, and the conduct of the Defendants giving rise to this lawsuit occurred and continues to occur in Franklin County Georgia.  Therefore, venue is proper in this Court pursuant to *O.C.G.A. § 14-2-510(b)(3)*.  Venue is also proper in this Court pursuant to *O.C.G.A. § 9-10-93* for these reasons and because Plaintiffs' Real Property, which has been and continues to be impacted and damaged by Defendants' conduct, is located in Franklin County, Georgia.  Based upon the allegations and claims of Plaintiffs' Complaint, Defendants, and each of them, are "joint obligors, joint tortfeasors, joint promisors, copartners, or joint trespassers" within the meaning of the *Constitution of the State of Georgia, Article VI, § II, ¶ IV*.

8.

The GRP Plant owned and/or operated by Defendants is the source of the noise, vibrations, light, and odor impacting the Plaintiffs and other related injuries to Plaintiffs.

9.

This Court has subject matter jurisdiction over this action.

10.

This Court has personal jurisdiction over each Defendant.

11.

Based upon information and belief defendants GRP and GRPF, between them, have ownership and control of the GRP Plant which, through their actions and omissions, has caused the excessive and unabated noise, vibrations, light, and odor and the continuing damages and injuries resulting therefrom to Plaintiffs.

12.

Based upon information and belief defendant VEOS operates and maintains the GRP Plant which, through its actions and omissions, has caused the excessive and unabated noise, vibrations, light, and odor and the continuing damages and injuries resulting therefrom to Plaintiffs.

13.

Based upon information and belief, Defendants GRP, GRPF, VEOS, and JOHN DOE CORPORATIONS 1-20, collectively and individually, constitute the owners and/or operators of the GRP Plant at issue in this case and/or are otherwise responsible, through their actions and omissions, for the excessive and unabated noise, vibrations, light, and odor and the continuing damages and injuries resulting therefrom to Plaintiffs.

14.

Based upon information and belief, the GRP Plant began operations in or around late May of 2019.

15.

Defendants' operations at the GRP Plant involve conversion of biomass fuel into the production, distribution and delivery of electrical power on an industrial scale.

16.

The GRP Plant is located on a parcel of real property approximately 32 acres in size located at 3465 GA-198, Carnesville, GA 30521, in Franklin County, Georgia.

## COUNT I

### Nuisance

17.

Paragraphs one (1) through sixteen (16) above of this Complaint for Damages are hereby re-alleged and incorporated by reference as though each allegation was set forth herein.

18.

Energy production activities at the GRP Plant have caused, are causing, and will continue to cause excessive and unabated noise, vibrations, light, and odor that impact Plaintiffs' Real Property, and which propagate into areas of the interior and exterior of their home and surrounding property, and has drastically and negatively impacted their day-to-day living and enjoyment of said property. The excessive noise, vibrations, light, and odor emitted by the GRP Plant have interfered and will continue to interfere with Plaintiffs' right of quiet enjoyment of their property.   Thus, Defendants' construction and operation of the GRP Plant constitutes a continuing nuisance to Plaintiffs.

19.

Prior to the construction of the GRP Plant, Plaintiffs lived in the area and had no interruptions to the use and quiet enjoyment of their property due to noise, vibration, light, and odor.  However, the commencement of operation of the GRP Plant has caused excessive noise, vibrations, light, and odor and interruptions of Plaintiffs' use and quiet enjoyment of their property.

20.

Before commencing construction and subsequent operations at the GRP Plant, Defendants knew, or should have known, that operations at the GRP Plant would severely and adversely impact individuals and real property near the GRP Plant, including Plaintiffs and Plaintiffs' Real Property.

21.

Defendants remain well aware of the impact their operations are having on the community, including Plaintiffs, by virtue of, but not limited to: numerous complaints, public meetings, discussions at Franklin County Board of Commissioners meetings, legal action taken by Franklin County to have the GRP Plant declared a public nuisance, news articles and investigative reporting.

22.

Despite having actual and constructive knowledge of the severe and continuing impact the GRP Plant had, has and will have on members of the community such as Plaintiffs, Defendants have failed to take adequate measures to protect members of the community such as Plaintiffs from the significant and burdensome intrusion that the

noise, vibrations, light, and odor continue to cause.  The Defendants have failed to act reasonably even after the GRP Plant's operations have been declared a public nuisance by the Franklin County Board of Commissioners.

23.

The noise, vibration, light, and odor generated by the GRP Plant is excessive, offensive and annoying, and constitutes a continuing nuisance and interferes with the quiet, peaceful enjoyment of Plaintiffs' property, and to this day remains unabated.

24.

As a result of the GRP Plant and Defendants' creation of a continuing and abatable nuisance, Plaintiffs have suffered and continue to suffer economic consequences, including a diminution in value of Plaintiff Nathaniel Langston's property, the value of which has been permanently damaged. Further, Plaintiffs have suffered personal damages and will continue to suffer such damages, including both temporary and permanent discomfort and annoyance, as a result of the nuisance, for so long as the GRP Plant continues to operate.

25.

Defendants' activities at the GRP Plant have created and continue to create a nuisance within the meaning of *O.C.G.A. § 41-1-1 et seq.*

26.

Plaintiffs are specially damaged by Plaintiff Nathaniel Langston's real property value loss, loss of their right to unencumbered use and quiet enjoyment of their property, together with annoyance and discomfort, and injury to their peace, happiness

and feelings resulting from the operations of the GRP Plant. Plaintiffs are entitled to recover from Defendants in an amount as determined by the enlightened conscience of an impartial jury for Plaintiff Nathaniel Langston's damaged property interests; for Plaintiffs' aggravation, annoyance, aggravation, hurt, and inconvenience, for Plaintiffs' loss of use and quiet enjoyment of their property, and for all other permitted elements of damages.

27.

Plaintiffs' damages are a direct and proximate cause of the described nuisances caused by Defendants.

## **COUNT II**

## **Negligence**

28.

Paragraphs one (1) through twenty-seven (27) above of this Complaint for Damages are hereby re-alleged and incorporated by reference as though each allegation was set forth herein.

29.

Defendants have constructed, operated and continue to operate the GRP Plant in a negligent manner, which continues to produce offensive noise, vibrations, light, and odor which injure the Plaintiffs and the use and quiet enjoyment of their home and surrounding property.

30.

Defendants owe Plaintiffs a duty of care to not cause damage or injury to Plaintiffs' person and/or property from the operation of the GRP Plant.

31.

Defendants owe Plaintiffs a duty of care to operate the GRP Plant in a manner not causing Plaintiffs' discomfort, annoyance, injury, and inconvenience.

32.

Defendants owe Plaintiffs a duty of care to warn Plaintiffs of the potential injurious effects resulting from the operation of the GRP Plant.

33.

By their conduct as described herein, Defendants breached their duties of care to Plaintiffs by operating the GRP Plant without safeguards or notice, in a manner which has resulted and continues to result in the release of offensive noise, vibration, light, and odor resulting in injuries to Plaintiffs and their property.

34.

Defendants' actions and omissions are the proximate cause and cause in fact of the damages and injuries suffered by Plaintiffs.

35.

At all times relevant hereto, it was foreseeable to Defendants that the construction and operation of the GRP Plant would be harmful to members of the community such as Plaintiffs, and that same would adversely impact Plaintiffs as described herein.

36.

At all times relevant hereto, Defendants had a duty to conduct their business and use their property in a manner that does not negligently harm, injure or damage Plaintiffs.

37.

Plaintiffs have been and continue to be harmed, injured and damaged by the excessive noise, vibrations, light, and odor caused by the GRP Plaint, causing discomfort, and annoyance.

38.

Since the commencement of operations at the plant, the noise, vibration, light, and odor levels have been excessive and caused unreasonable interference with the Plaintiffs' use and enjoyment of their property. In configuring the plant, Defendants did not make a reasonable effort to abate or lessen the effect of noise, vibration, light, and odor on properties near the GRP Plant. The negligent failure of Defendants to properly design, construct and operate the GRP Plant in a manner to eliminate or lessen noise, vibration, light, and odor emanating therefrom has caused Plaintiffs to suffer from excessive, avoidable and unnecessary noise, vibration, light, and odor and damages as a proximate result of Defendants' negligence.

39.

As a  direct and proximate result of Defendants' negligent actions and omissions, Plaintiffs have suffered and continue to suffer damages from the noise, vibrations, light, and odor emanating from the GRP Plant; from the invasion of their property rights;

from the loss of use and enjoyment of their property; and from annoyance and discomfort.

40.

Plaintiffs should be compensated for their damages in an amount to be determined by a jury at trial.

## COUNT III

### Punitive Damages

41.

Paragraphs one (1) through forty (40) above of this Complaint for Damages are hereby re-alleged and incorporated by reference as though each allegation was set forth herein.

42.

Defendants operated the GRP Plant despite knowing that the damages and injuries resulting from its operation as described herein were substantially certain to occur.

43.

Specifically, Defendants conduct includes, but is not limited to:

- failing to conduct proper noise testing prior to beginning operations;
- operating the GRP Plant around the clock despite assuring the Plaintiffs and other community members that operations would only occur during daytime business hours;

- failing to take measures to remediate the impact of the GRP Plant despite it having been declared a public nuisance by the Franklin County Board of Commissioners; and

- deciding to operate the GRP Plant despite having taken any measure to reduce the oppressive, and often frightening, noise emanating from the GRP Plant.

44.

Defendants' conduct as described herein is entirely reckless with respect to the damages and injuries suffered by landowners such as Plaintiff Nathaniel Langston, and evinces an entire want of care sufficient to establish that Defendants have acted and continue to act with a conscious indifference to the consequences of their actions as they relate to Plaintiffs' person and property.

45.

Accordingly, *O.C.G.A. § 51-12-5.1* entitles Plaintiffs to an award of punitive damages against Defendants designed to punish, penalize, and deter Defendants for such conduct.

## COUNT IV

### Attorneys Fees, Costs, and Expenses of Litigation

46.

Paragraphs one (1) through forty-five (45) above of this Complaint for Damages are hereby re-alleged and incorporated by reference as though each allegation was set forth herein.

47.

Within the meaning of *O.C.G.A. § 13-6-11*, Defendants have caused and continue to cause Plaintiffs unnecessary trouble and expense, have been stubbornly litigious, and have acted in bad faith, thereby entitling Plaintiffs to recover their expenses of this litigation, including reasonable attorneys' fees, expert fees, and other litigation costs from Defendants.

WHEREFORE, Plaintiffs demand judgment against Defendants as determined by the enlightened conscious of an impartial jury in an amount that will justly and adequately compensate Plaintiffs for the damages they have sustained, as well as punitive damages, attorneys' fees, costs and expenses of litigation, and for such other relief as may be deemed just and equitable under the circumstances of this case.

Respectfully submitted, this 23rd day of November, 2020.

McRAE, SMITH, PEEK,
HARMAN & MONROE, LLP

*s/Jason B. Sanker, Esq.*

|  |  |
|---|---|
| 111 Bridgepoint Plaza | MICHAEL D. McRAE |
| Suite 300 | Georgia Bar No. 499150 |
| Rome, Georgia 30161 | VIRGINIA BARROW HARMAN |
| p: (706) 291-6223 | Georgia Bar No. 327225 |
| f: (706) 291-7429 | JASON B. SANKER |
| mmcrae@msp-lawfirm.com | Georgia Bar No. 142463 |
| vharman@msp-lawfirm.com | JOHN F. LEE NIEDRACH |
| jsanker@msp-lawfirm.com | Georgia Bar No. 152408 |
| lniedrach@msp-lawfirm.com | LINTON S. JOHNSON, III |
| ljohnson@msp-lawfirm.com | Georgia Bar No. 107244 |

Deed   Doc: WD
Recorded 12/11/2006 02:14PM
Georgia Transfer Tax Paid    $0.00
Clerk Superior Court, FRANKLIN County, Ga
Bk 00856     Pg 0053-0054

AFTER RECORDING, PLEASE RETURN TO:
GEORGE W. WILLS, JR.
ATTORNEY AT LAW
POST OFFICE BOX 204
CARNESVILLE, GA. 30521

### WARRANTY DEED

STATE OF GEORGIA,
FRANKLIN COUNTY

THIS INDENTURE, Made this 8th day of December in the year of our Lord Two Thousand Six (2006) between ROBERT G. LANGSTON and JEANETTE P. LANGSTON of the State of Georgia, County of Franklin of the first part, and NATHANIEL LANGSTON of the County of Franklin and State of Georgia of the second part:

WITNESSETH, That the said parties of the first part, for and in consideration of the sum of Ten Dollars ($10.00)Dollars, in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold and conveyed, and by these presents do grant, bargain, sell and convey unto said party of the second part, his heirs and assigns, all the following described property, to wit:

All that tract or parcel of land lying and being in the 812th District, G.M., of Franklin County, Georgia containing 1.5 acres being more particularly shown on a plat of survey prepared for Nathaniel Bob Langston by Russell Bartlett, RLS, on November 27, 2006 and recorded in Plat Book 28, Page 370, Franklin County, Georgia.

TO HAVE AND TO HOLD, The said bargained premises, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging or in anywise appertaining, to the only proper use, benefit and behoof of himself the said party of the second part, his heirs and assigns forever in Fee Simple.

And the said parties of the first part, for their heirs, executors and administrators, will warrant and forever defend the right and title to the above described property unto the said party of the second part, his heirs and assigns, against the claims of all persons whomsoever.



EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
NOV 30, 2020 01:38 PM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **DEBRA LANGSTON and** | ) | |
| **NATHANIEL LANGSTON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | |
| **v.** | ) | **20-FV-0419-W** |
| | ) | |
| **GEORGIA RENEWABLE POWER,** | ) | |
| **LLC; GRP FRANKLIN, LLC d/b/a GRP** | ) | |
| **FRANKLIN I, LLC; VEOLIA ENERGY** | ) | |
| **OPERATING SERVICES,  LLC; and** | ) | |
| **JOHN DOE CORPORATIONS 1-20,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### MOTION FOR ORDER APPOINTING SPECIAL PROCESS SERVER

---

Come Now Plaintiffs, by and through counsel, and move the Court for an order appointing NAN LANGFORD WINKELMAN, a resident of the State of Georgia, to perfect service of the Summons, Complaint, Interrogatories, and Request for Production of Documents upon Defendants in the above-captioned case.

Plaintiffs show the Court as follows:

(a)    NAN LANGFORD WINKELMAN is not a party to this action.

(b)    NAN LANGFORD WINKELMAN is a citizen of the United States, over the age of eighteen (18), and sui juris.

(c)    NAN LANGFORD WINKELMAN is not a convicted felon.

(d)    NAN LANGFORD WINKELMAN has no interest, pecuniary or otherwise, in the outcome of this action.

(e)     The Affidavit of NAN LANGFORD WINKELMAN further attesting to her qualifications is attached hereto as Exhibit "A" and incorporated herein by reference.

A proposed Order Appointing Special Process Server is included with this Motion for the Court's consideration.

Respectfully submitted, this 30th day of November, 2020.

McRAE, SMITH, PEEK,
HARMAN & MONROE, LLP

/s/ Lee Niedrach

111 Bridgepoint Plaza          MICHAEL D. McRAE
Suite 300                      Georgia Bar No. 499150
Rome, Georgia 30161            VIRGINIA BARROW HARMAN
p: (706) 291-6223              Georgia Bar No. 327225
f: (706) 291-7429              JASON B. SANKER
mmcrae@msp-lawfirm.com         Georgia Bar No. 142463
vharman@msp-lawfirm.com        JOHN F. LEE NIEDRACH
jsanker@msp-lawfirm.com        Georgia Bar No. 152408
lniedrach@msp-lawfirm.com      LINTON S. JOHNSON, III
ljohnson@msp-lawfirm.com       Georgia Bar No. 107244

**Exhibit A**

**Affidavit of Nan Langford Winkelman**

⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W

NOV 30, 2020 01:38 PM

Melissa Holbrook
Melissa Holbrook, Clerk
Franklin County, Georgia

PERSONALLY APPEARED BEFORE ME, the undersigned officer duly authorized to administer oaths, Nan Langford Winkelman, who, after first being duly sworn on oath deposes an says

My name is Nan Langford Winkelman

I am over the age of eighteen (18).

I am a citizen of the United States.

I am not a convicted Felon.

I have no financial interest in the cases.

I am a disinterested party to the litigations.

I am not the attorney of any of the parties.

I am a Georgia Certified Process Server

AND FURTHER AFFIANT SAITH NOT.

_____
Nan Langford Winkelman

Sworn to and subscribed before me on this

The 15th day of May 2020

1-7-23

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

DEBRA LANGSTON and )
NATHANIEL LANGSTON, )
                            )
      Plaintiffs, )       CIVIL ACTION FILE NO.:
                            )
v. )       20-FV-0419-W
                            )
GEORGIA RENEWABLE POWER, )
LLC; GRP FRANKLIN, LLC d/b/a GRP )
FRANKLIN I, LLC; VEOLIA ENERGY )
OPERATING SERVICES, LLC; and )
JOHN DOE CORPORATIONS 1-20, )
                            )
      Defendants. )

---

## ORDER APPOINTING SPECIAL PROCESS SERVER

---

Plaintiffs' MOTION FOR ORDER APPOINTING SPECIAL PROCESS SERVER having been read and considered, and it appearing to the Court that sufficient grounds exist for granting same, it is HEREBY ORDERED that NAN LANGFORD WINKELMAN is authorized and specially appointed by this Court to serve process and to personally serve the Defendants herein with copies of the Summons, Complaint, Interrogatories, and Request for Production of Documents in this action.

SO ORDERED, this _____ day of November, 2020.

_____
HON. LAUREN A. WATSON
NORTHERN JUDICIAL CIRCUIT

Prepared by:

/s/ Lee Niedrach
JOHN F. LEE NIEDRACH
Georgia Bar No. 152408
McRae, Smith, Peek,
Harman & Monroe, LLP
P. O. Box 29
Rome, Georgia  30162-0029
Phone:  (706) 291-6223
Fax:  (706) 291-7429
E-mail:  lniedrach@msp-lawfirm.com
*Attorneys for Plaintiffs*

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
DEC 01, 2020 03:03 PM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

IN THE SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| DEBRA LANGSTON and | ) | |
| NATHANIEL LANGSTON, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| v. | ) | 20-FV-0419-W |
| | ) | |
| GEORGIA RENEWABLE POWER, | ) | |
| LLC; GRP FRANKLIN, LLC d/b/a GRP | ) | |
| FRANKLIN I, LLC; VEOLIA ENERGY | ) | |
| OPERATING SERVICES, LLC; and | ) | |
| JOHN DOE CORPORATIONS 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPOINTING SPECIAL PROCESS SERVER

Plaintiffs' MOTION FOR ORDER APPOINTING SPECIAL PROCESS SERVER having been read and considered, and it appearing to the Court that sufficient grounds exist for granting same, it is HEREBY ORDERED that NAN LANGFORD WINKELMAN is authorized and specially appointed by this Court to serve process and to personally serve the Defendants herein with copies of the Summons, Complaint, Interrogatories, and Request for Production of Documents in this action.

SO ORDERED, this 1st day of December, 2020.

_____
HON. LAUREN A. WATSON
NORTHERN JUDICIAL CIRCUIT

Prepared by:

/s/ Lee Niedrach
JOHN F. LEE NIEDRACH
Georgia Bar No. 152408
McRae, Smith, Peek,
Harman & Monroe, LLP
P. O. Box 29
Rome, Georgia  30162-0029
Phone:  (706) 291-6223
Fax:  (706) 291-7429
E-mail:  lniedrach@msp-lawfirm.com
*Attorneys for Plaintiffs*

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
DEC 01, 2020 03:04 PM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

DEBRA LANGSTON and )
NATHANIEL LANGSTON, )
)
    Plaintiffs, )    **CIVIL ACTION FILE NO.:**
)
v. )    20-FV-0419-W
)
GEORGIA RENEWABLE POWER, )
LLC; GRP FRANKLIN, LLC d/b/a GRP )
FRANKLIN I, LLC; VEOLIA ENERGY )
OPERATING SERVICES, LLC; and )
JOHN DOE CORPORATIONS 1-20, )
)
    Defendants. )

---

## ORDER APPOINTING SPECIAL PROCESS SERVER

Plaintiffs' MOTION FOR ORDER APPOINTING SPECIAL PROCESS SERVER having been read and considered, and it appearing to the Court that sufficient grounds exist for granting same, it is HEREBY ORDERED that NAN LANGFORD WINKELMAN is authorized and specially appointed by this Court to serve process and to personally serve the Defendants herein with copies of the Summons, Complaint, Interrogatories, and Request for Production of Documents in this action.

SO ORDERED, this _1st_ day of ~~November~~ December, 2020.

_____
HON. LAUREN A. WATSON
NORTHERN JUDICIAL CIRCUIT

Prepared by:

/s/ Lee Niedrach
JOHN F. LEE NIEDRACH
Georgia Bar No. 152408
McRae, Smith, Peek,
Harman & Monroe, LLP
P. O. Box 29
Rome, Georgia  30162-0029
Phone:  (706) 291-6223
Fax:  (706) 291-7429
E-mail:  lniedrach@msp-lawfirm.com
*Attorneys for Plaintiffs*

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
DEC 07, 2020 11:07 AM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA

DEBRA LANGSTON,
NATHANIEL LANGSTON

   Plaintiffs,

VS.

            CIVIL ACTION
            FILE NO: 20FV0419W

GEORGIA RENEWABLE POWER, LLC,
GRP FRANKLIN, LLC,
DBA GRP FRANKLIN I, LLC,
VEOLIA ENERGY OPERATING SERVICES, LLC
JOHN DOE CORPORATIONS 1-20

   Defendants,

## RETURN OF SERVICE

   PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

   I am over the age of eighteen years, am legally competent and able to
make this affidavit and have never been convicted of a felony in this or any
other State, which is based upon my own personal knowledge.

2.

   I make this affidavit for use in the above-captioned action and for all
legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served Capitol Corporate Services, Inc, Registered Agent for Georgia Renewable Power, LLC at 3675 Crestwood Parkway, NW, Suite 350, Duluth, GA 30096 on December 2, 2020 at 12:10 p.m. with a Summons, General Civil and Domestic Relations Case Filing Information Form, Complaint for Damages, Plaintiff(s)' First Interrogatories to Defendants, Plaintiff(s)' First Request for Production to Defendants, Motion for Order Appointing Special Process Server and Order Appointing Special Process Server.

Dated this the 3rd day of December 2020.


_____
Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-291-6490


Sworn to and subscribed before
me on this the 3rd day of December 2020.

_____
Notary Public, State of Georgia
My Commission Expires: _____



⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
DEC 07, 2020 11:07 AM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA

DEBRA LANGSTON,
NATHANIEL LANGSTON,

    Plaintiffs,

                                    CIVIL ACTION
VS.                              FILE NO: 20FV0419W

GEORGIA RENEWABLE POWER, LLC,
GRP FRANKLIN, LLC,
DBA GRP FRANKLIN I, LLC,
VEOLIA ENERGY OPERATING SERVICES, LLC,
JOHN DOE CORPORATIONS 1-20

    Defendants,

## RETURN OF SERVICE

    PERSONALLY APPEARED before me, the undersigned officer of
the State of Georgia authorized to administer oaths, NAN LANGFORD
WINKELMAN who, upon being duly sworn and under oath states the following:

1.

    I am over the age of eighteen years, am legally competent and able to
make this affidavit and have never been convicted of a felony in this or any
other State, which is based upon my own personal knowledge.

2.

    I make this affidavit for use in the above-captioned action and for all
legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served CT Corporation System, Registered Agent for GRP Franklin, LLC d/b/a GRP Franklin I, LLC at 289 S. Culver Street, Lawrenceville, GA 30046 on December 2, 2020 at 1:25 p.m. with a Summons, General Civil and Domestic Relations Case Filing Information Form, Complaint for Damages, Plaintiff(s)' First Interrogatories to Defendants, Plaintiff(s)' First Request for Production to Defendants, Motion for Order Appointing Special Process Server and Order Appointing Special Process Server.

Dated this the 3rd day of December 2020.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-291-6490

Sworn to and subscribed before
me on this the 3rd day of December 2020.

Notary Public, State of Georgia
My Commission Expires: _____



⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
DEC 07, 2020 11:07 AM

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA


DEBRA LANGSTON,
NATHANIEL LANGSTON,

     Plaintiffs,

                              CIVIL ACTION

VS.                           FILE NO: 20FV0419W

GEORGIA RENEWABLE POWER, LLC,
GRP FRANKLIN, LLC,
DBA GRP FRANKLIN I, LLC,
VEOLIA ENERGY OPERATING SERVICES, LLC,
JOHN DOE CORPORATIONS 1-20

     Defendants,


## RETURN OF SERVICE


     PERSONALLY APPEARED before me, the undersigned officer of the State of Georgia authorized to administer oaths, NAN LANGFORD WINKELMAN who, upon being duly sworn and under oath states the following:

1.

     I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony in this or any other State, which is based upon my own personal knowledge.

2.

     I make this affidavit for use in the above-captioned action and for all legal purposes do not know the parties and have no interest in the outcome.

3.

I hereby certify that I have this day personally served CT Corporation System, Registered Agent for Veolia Energy Operating Services, LLC at 289 S. Culver Street, Lawrenceville, GA 30046 on December 2, 2020 at 1:25 p.m. with a Summons, General Civil and Domestic Relations Case Filing Information Form, Complaint for Damages, Plaintiff(s)' First Interrogatories to Defendants, Plaintiff(s)' First Request for Production to Defendants, Motion for Order Appointing Special Process Server and Order Appointing Special Process Server.

Dated this the 3rd day of December 2020.

Nan Langford Winkelman
325 East 1st Avenue
Rome, GA 30161
706-291-6490

Sworn to and subscribed before
me on this the 3rd day of December 2020.

Notary Public, State of Georgia
My Commission Expires: _____



**IN THE SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA**

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
**W**
**DEC 30, 2020 09:24 AM**

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

| | |
|---|---|
| DEBRA LANGSTON and<br>NATHANIEL LANGSTON, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| GEORGIA RENEWABLE POWER,<br>LLC; GRP FRANKLIN, LLC d/b/a GRP<br>FRANKLIN I, LLC; VEOLIA ENERGY<br>OPERATING SERVICES, LLC; and<br>JOHN DOE CORPORATION 1-20, | ) **Civil Action No. 20FV0419W**<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| **Defendants.** | ) |

## ACKNOWLEDGMENT OF SERVICE AND JOINT STIPULATION OF EXTENSION OF TIME TO ANSWER COMPLAINT AND RESPOND TO DISCOVERY

Defendants Georgia Renewable Power, LLC ("GRP") and GRP Franklin, LLC d/b/a GRP Franklin I, LLC ("GRP Franklin") (collectively, "Defendants") along with Plaintiffs hereby agree and stipulate as follows:

GRP was served with the Summons and Complaint in the above referenced matter on December 2, 2020 by process server. However, Defendant GRP Franklin, LLC d/b/a GRP Franklin I, LLC ("GRP Franklin") has not yet been personally served. As such, Defendant GRP Franklin hereby acknowledges and waives service of the Summons and Complaint in the above-captioned matter as of December 29, 2020. No other defenses are waived by Defendants, and all defenses not related to sufficiency of process or service of process are hereby specifically preserved

Pursuant to O.C.G.A. § 9-11-6(b), Plaintiffs and Defendants have stipulated and agreed that the deadline for Defendants to answer or otherwise respond to Plaintiffs' *Complaint for Damages* is extended through and including **Wednesday, February 3, 2021.** Defendants' deadline to respond to *Plaintiff(s)' First Interrogatories to Defendants* and *Plaintiff(s)' First Request for Production of Documents to Defendants* is extended through and including **Thursday, February 18, 2021.**

Respectfully submitted this 30th day of December, 2020.

| | |
|---|---|
| */s/ Jason B. Sanker* | */s/ M. Anne Kaufold-Wiggins* |

<div style="display:flex">
<div>

*with express permission by M. Anne Kaufold-Wiggins*
Michael D. McRae
Georgia Bar No. 499150
Virginia Barrow Harman
Georgia Bar No. 327225
Jason B. Sanker
Georgia Bar No. 142463
John F. Lee Niedrach
Georgia Bar No. 152408
Linton S. Johnson, III
Georgia Bar No. 107244
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
Telephone: (706) 291-6223
Facsimile: (706) 291-7429

*Attorney for Plaintiffs*

</div>
<div>

Hugh B. McNatt
Georgia Bar No. 498300
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
Hugh Peterson III
Georgia Bar No. 574212
Whitney Della Torre
Georgia Bar No. 433364
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
awiggins@balch.com
wdellatorre@balch.com

Edwin Schwartz
Georgia Bar No. 631037
**SWEETNAM & SCHWARTZ**
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia 30338
Telephone: (470) 395-7842
Facsimile: (770) 234-6779
ess@mseslegal.com

*Attorneys for Defendants Georgia Renewable Power, LLC and GRP Franklin, LLC d/b/a GRP Franklin I, LLC*

</div>
</div>

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 30th day of December, 2020, a copy of the foregoing has been

served via statutory electronic service as follows:

<div align="center">

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161

</div>

*/s/ M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
**DEC 30, 2020 04:07 PM**

*Melissa Holbrook*
Melissa Holbrook, Clerk
Franklin County, Georgia

IN THE SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA

DEBRA LANGSTON AND;                )
NATHANIEL LANGSTON;                )
                                   )
        Plaintiffs,                )       Civil Action File No. 20FV0419W
                                   )
v.                                 )
                                   )
GEORGIA RENEWABLE POWER,           )
LLC; GRP FRANKLIN, LLC D/B/A GRP   )
FRANKLIN I, LLC; VEOLIA ENERGY     )
OPERATING SERVICES, LLC; AND       )
JOHN DOE CORPORATIONS 1-20;        )
                                   )
        Defendants.                )

---

## JOINT STIPULATION EXTENDING TIME FOR DEFENDANT VEOLIA ENERGY OPERATING SERVICES, LLC TO RESPOND TO COMPLAINT

        Plaintiffs and Defendant Veolia Energy Operating Services, LLC ("Veolia"), pursuant to

O.C.G.A. § 9-11-6(b), stipulate that Veolia shall have up through and including February 3,

2021, in which to file its response to Plaintiffs' Complaint.

        This 30th day of December, 2020.

WEINBERG, WHEELER, HUDGINS,          McRAE, SMITH, PEEK, HARMAN &
GUNN & DIAL, LLC                     MONROE, LLP

*/s/ Stephen J. Rapp*                */s/ Jason B. Sanker, Esq.*
David A. Dial                        Michael D. McRae, Esq.
Georgia Bar No. 220329               Georgia Bar No. 499150
Stephen J. Rapp                      Virginia Barrow Harman, Esq.
Georgia Bar No. 103806               Georgia Bar No. 327225
J. Alexander Prescott                Jason B. Sanker, Esq.
Georgia Bar No. 966471               Georgia Bar No. 142463
                                     John F. Lee Niedrach, Esq.
                                     Georgia Bar No. 152408
                                     Linton S. Johnson, III, Esq.
                                     Georgia Bar No. 107224

3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com
*Attorneys for Veolia Operating Services, LLC*

111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
Telephone: 706-291-6223
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing pleading via the Court's electronic filing system which will automatically serve a copy upon the following counsel of record:

Michael D. McRae, Esq.
Virginia Barrow Harman, Esq.
Jason B. Sanker, Esq.
John F. Lee Niedrach, Esq.
Linton S. Johnson, III, Esq.
McRAE, SMITH, PEEK, HARMAN & MONROE, LLP
111 Bridgepoint Plaza
Suite 300
Rome, Georgia 30161

This 30th day of December, 2020.

*/s/ Stephen J. Rapp*
Stephen J. Rapp
Georgia Bar No.: 103806

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
FEB 03, 2021 10:44 AM

*Heather Vaughn Hill*
Heather Vaughn Hill, Clerk
Franklin County, Georgia

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **DEBRA LANGSTON and** <br> **NATHANIEL LANGSTON,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **GEORGIA RENEWABLE POWER,** ) <br> **LLC; GRP FRANKLIN, LLC d/b/a GRP** ) <br> **FRANKLIN I, LLC; VEOLIA ENERGY** ) <br> **OPERATING SERVICES, LLC; and** ) <br> **JOHN DOE CORPORATION 1-20,** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 20FV0419W** |

## GEORGIA RENEWABLE POWER, LLC AND GRP FRANKLIN D/B/A
## GRP FRANKLIN I, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES

Georgia Renewable Power, LLC ("GRP") and GRP Franklin d/b/a GRP Franklin I, LLC ("GRP Franklin") (collectively, "GRP Defendants") respond to Plaintiffs' Complaint, answer and state as follows with respect to the GRP Defendants. The GRP Defendants are without knowledge or information sufficient to form a belief as to the truth of Plaintiffs' allegations as to any other Defendants.

## AFFIRMATIVE, GENERAL, AND OTHER DEFENSES

At the time of the preparation of this Answer, GRP Defendants are unaware of all the facts and circumstances giving rise to the claims set forth in Plaintiffs' Complaint. The following defenses are raised so as not to be waived as a matter of law. These defenses will be relied upon to the extent the facts developed show they apply.

## FIRST DEFENSE

The GRP Franklin Renewable Energy Facility in Carnesville, Georgia ("GRP Plant") has not and is not creating excessive noise, vibrations, light, or odor, causing damage or injury to Plaintiffs or Plaintiffs' property.

## SECOND DEFENSE

The GRP Defendants are not liable to Plaintiffs in any amount because the GRP Defendants were not negligent in any particular as alleged in Plaintiffs' Complaint or otherwise.

## THIRD DEFENSE

Plaintiffs fail to state a claim upon which relief should be granted.

## FOURTH DEFENSE

The GRP Defendants are not liable to the Plaintiffs in any amount because any alleged negligence of the GRP Defendants, which negligence the GRP Defendants specifically deny, did not solely cause or contribute to the alleged injuries of the Plaintiffs.

## FIFTH DEFENSE

To the extent Plaintiffs have injuries, they were proximately caused by the negligent acts or omissions or by independent, unforeseeable, superseding and/or intervening acts of persons or entities over whom the GRP Defendants have no control or responsibility, and for whose conduct the GRP Defendants are not liable.

## SIXTH DEFENSE

Any award made in favor of Plaintiffs must be apportioned according to fault in accordance with O.C.G.A. §§ 51-12-31 and 51-12-33.

## SEVENTH DEFENSE

The GRP Defendants did all that could be expected of a reasonable and prudent utility in the same or similar circumstances.

## EIGHTH DEFENSE

Plaintiffs have failed to request the GRP Defendants abate an alleged nuisance.

## NINETH DEFENSE

The conduct of the GRP Defendants will not support an award of punitive damages.

## TENTH DEFENSE

The conduct of the GRP Defendants is not sufficient to support an award of attorneys' fees and expenses of litigation.

## ELEVENTH DEFENSE

Plaintiffs' claims may be subject to diversity jurisdiction pursuant to 28 U.S.C. § 1332.

## TWELFTH DEFENSE

The GRP Defendants reserve the right to assert additional claims and defenses as they may become known and applicable.

## ANSWERING THE SPECIFIC ALLEGATIONS IN THE COMPLAINT

Without waiving any defenses stated herein, answering specifically the allegation contain in the enumerated paragraphs of Plaintiffs' Complaint, the GRP Defendants state the following:

1.

The GRP Defendants admit attached to Plaintiffs' Complaint as Exhibit "A" is a Warranty Deed. Additionally, the GRP Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegation(s) contained in Paragraph 1 of Plaintiffs' Complaint; therefore, the GRP Defendants deny the same.

3

2.

GRP Defendants admit they own the GRP Plant, which uses biomass fuel, predominantly wood chips and mulch, to generate electricity.  The GRP Defendants admit Veolia Energy Operating Services, LLC ("Veolia") operates the GRP Plant.  The GRP Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegation(s) contained in Paragraph 2 of Plaintiffs' Complaint; therefore, the GRP Defendants deny the same.

3.

The GRP Defendants admit GRP is a privately held foreign limited liability company organized and existing under the laws of the State of Delaware with a principal office address in Birmingham, Alabama. The GRP Defendants further admit GRP is registered to do business in Georgia and may be served through its designated corporate registered agent, Capitol Corporate Services, and GRP maintains an office and does business in Franklin County, Georgia.  The GRP Defendants deny the remaining allegations contained in Paragraph 3 of Plaintiffs' Complaint.

4.

The GRP Defendants admit GRP Franklin is a privately held foreign limited liability company organized and existing under the laws of the State of Delaware with a principal office address in Birmingham, Alabama.  The GRP Defendants further admit GRP Franklin is registered to do business in Georgia and may be served through its designated corporate registered agent, Capitol Corporate Services, and GRP Franklin maintains an office and does business in Franklin County, Georgia.  The GRP Defendants deny the remaining allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5.

Upon information and belief, the GRP Defendants admit Veolia maintains an office and does business in Franklin County, Georgia by virtue of the continuing operation of the GRP Plant. Upon information and belief, the GRP Defendants further admit Veolia is a foreign limited liability company with its principal place of business outside the State of Georgia. The GRP Defendants are without knowledge or information sufficient to form a belief as to where Veolia is organized or its designated corporate registered agent, and therefore, can neither admit nor deny the same. The GRP Defendants deny the remaining allegations contained in Paragraph 5 of Plaintiffs' Complaint.

6.

The GRP Defendants deny the GRP Plant results in excessive and unabated noise, vibrations, light, and odor which damaged or injured, or which continue to damage or injure, Plaintiffs. The GRP Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegation(s) contained in Paragraph 6 of Plaintiffs' Complaint; therefore, the GRP Defendants deny the same.

7.

The GRP Defendants admit the GRP Plant is located in Franklin County, Georgia. At this time, the GRP Defendants are unable to say whether Plaintiffs' claims meet the amount in controversy requirement subjecting Plaintiffs' claims to diversity jurisdiction pursuant to 28 U.S.C. § 1332. If this case is not ultimately subject to removal, venue is proper in this Court subject to O.C.G.A. § 46-1-2. The GRP Defendants deny they committed any tort and, as such, are not "joint tortfeasors" with any other Defendant. The GRP Defendants further deny they are joint obligors, joint promisors, copartners, or joint trespassers as alleged in Paragraph 7 of

Plaintiffs' Complaint.  The GRP Defendants deny the remaining allegations in Paragraph 7 of Plaintiffs' Complaint.

8.

The GRP Defendants deny the allegations contained in Paragraph 8 of Plaintiffs' Complaint.

9.

At this time, the GRP Defendants are unable to say whether Plaintiffs' claims meet the amount in controversy requirement subjecting Plaintiffs' claims to diversity jurisdiction pursuant to 28 U.S.C. § 1332.  If this case is not ultimately subject to removal, the GRP Defendants admit this Court has subject matter jurisdiction over this action.  The GRP Defendants deny the remaining allegations in Paragraph 9 of Plaintiffs' Complaint.

10.

At this time, GRP Defendants are unable to say whether Plaintiffs' claims meet the amount in controversy requirement subjecting Plaintiffs' claims to diversity jurisdiction pursuant to 28 U.S.C. § 1332.  If this case is not ultimately subject to removal, the GRP Defendants admit this Court has personal jurisdiction over the GRP Defendants.  The GRP Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegation(s) contained in Paragraph 10 of Plaintiffs' Complaint; therefore, the GRP Defendants deny the same.

11.

The GRP Defendants admit they own the GRP Plant.  The GRP Defendants deny the remaining allegations contained in Paragraph 11 of Plaintiffs' Complaint.

12.

The GRP Defendants admit Veolia operates and maintains the GRP Plant.  The GRP Defendants deny the remaining allegations contained in Paragraph 12 of Plaintiffs' Complaint.

13.

The GRP Defendants admit they own the GRP Plant, and Veolia operates and maintains the GRP Plant.  The GRP Defendants deny the remaining allegations contained in Paragraph 13 of Plaintiffs' Complaint.

14.

The GRP Defendants admit the GRP Plant began startup operations in June 2019.  The GRP Defendants deny the remaining allegations contained in Paragraph 14 of Plaintiffs' Complaint.

15.

The GRP Defendants admit the GRP Plant uses biomass fuel, predominantly wood chips and mulch, to generate electrical power, which is then sold and distributed to the public.  The GRP Defendants deny the allegation contained in Paragraph 15 of Plaintiffs' Complaint that they operate the GRP Plant.  The GRP Defendants deny the remaining allegations contained in Paragraph 15 of Plaintiffs' Complaint.

16.

The GRP Defendants admit the GRP Plant is located at 3465 GA-198, Carnesville, Georgia 30521 in Franklin County, Georgia and, upon information and belief, the parcel is approximately 56 acres.  The GRP Defendants deny the remaining allegations in Paragraph 16 of Plaintiffs' Complaint.

## ANSWERING THE SECTION OF PLAINTIFFS' COMPLAINT TITLED "COUNT I, NUISANCE"

### 17.

The GRP Defendants incorporate by reference their responses to Paragraphs 1 through 16 as if fully set forth herein.

### 18.

The GRP Defendants deny the allegations contained in Paragraph 18 of Plaintiffs' Complaint.

### 19.

The GRP Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegation(s) regarding Plaintiffs' use and enjoyment of Plaintiffs' property. The GRP Defendants deny the remaining allegations in Paragraph 19 of Plaintiffs' Complaint.

### 20.

The GRP Defendants deny the allegations contained in Paragraph 20 of Plaintiffs' Complaint.

### 21.

The GRP Defendants admit they are generally aware of complaints, public meetings, discussions of the Franklin County Board of Commissioners, legal action taken by the Franklin County Commission, and news articles alleging impacts from the operation of the GRP Plant on the community. The GRP Defendants deny the GRP Plant is having a negative impact on the community. The GRP Defendants deny the remaining allegations in Paragraph 21 of Plaintiffs' Complaint.

22.

The GRP Defendants deny the allegations contained in Paragraph 22 of Plaintiffs' Complaint.

23.

The GRP Defendants deny the allegations contained in Paragraph 23 of Plaintiffs' Complaint.

24.

The GRP Defendants deny the allegations contained in Paragraph 24 of Plaintiffs' Complaint.

25.

The GRP Defendants deny the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26.

The GRP Defendants deny the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

27.

The GRP Defendants deny the allegations contained in Paragraph 27 of Plaintiffs' Complaint.

## ANSWERING THE SECTION OF PLAINTIFFS' COMPLAINT TITLED "COUNT II, NEGLIENCE"

28.

The GRP Defendants incorporate by reference their responses to Paragraphs 1 through 27 as if fully set forth herein.

29.

The GRP Defendants deny the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30.

The GRP Defendants admit they have a duty to act as a reasonable and prudent utility in the same or similar circumstances.  The GRP Defendants deny they have breached this duty.  The GRP Defendants deny the remaining allegations in Paragraph 30 of Plaintiffs' Complaint.

31.

The GRP Defendants admit they own the GRP Plant, and Veolia operates and maintains the GRP Plant.  The GRP Defendants admit they have a duty to act as a reasonable and prudent utility in the same or similar circumstances.  The GRP Defendants deny they have breached this duty.  The GRP Defendants deny the remaining allegations in Paragraph 31 of Plaintiffs' Complaint.

32.

The GRP Defendants admit they have a duty to act as a reasonable and prudent utility in the same or similar circumstances.  The GRP Defendants deny they breached this duty.  The GRP Defendants deny the remaining allegations in Paragraph 32 of Plaintiffs' complaint.

33.

The GRP Defendants deny the allegations contained in Paragraph 33 of Plaintiffs' Complaint.

34.

The GRP Defendants deny the allegations contained in Paragraph 34 of Plaintiffs' Complaint.

35.

The GRP Defendants deny the allegations contained in Paragraph 35 of Plaintiffs' Complaint.

36.

The GRP Defendants admit they have a duty to act as a reasonable and prudent utility in the same or similar circumstances.  The GRP Defendants deny they have breached this duty.  The GRP Defendants deny the remaining allegations in Paragraph 36 of Plaintiffs' Complaint.

37.

The GRP Defendants deny the allegations contained in Paragraph 37 of Plaintiffs' Complaint.

38.

The GRP Defendants deny the allegations contained in Paragraph 38 of Plaintiffs' Complaint.

39.

The GRP Defendants deny the allegations contained in Paragraph 39 of Plaintiffs' Complaint.

40.

The GRP Defendants deny the allegations contained in Paragraph 40 of Plaintiffs' Complaint.

## ANSWERING THE SECTION OF PLAINTIFFS' COMPLAINT TITLED "COUNT III, PUNITIVE DAMAGES"

41.

The GRP Defendants incorporate by reference their responses to Paragraphs 1 through 40 as if fully set forth herein.

42.

The GRP Defendants deny the allegations contained in Paragraph 42 of Plaintiffs'
Complaint.

43.

The GRP Defendants deny the allegations contained in Paragraph 43, including all
subparts, of Plaintiffs' Complaint.

44.

The GRP Defendants deny the allegations contained in Paragraph 44 of Plaintiffs'
Complaint.

45.

The GRP Defendants deny the allegations contained in Paragraph 45 of Plaintiffs'
Complaint.

**ANSWERING THE SECTION OF PLAINTIFFS' COMPLAINT TITLED
"COUNT IV, ATTORNEYS FEES, COSTS, AND EXPENSES OF LITIGATION"**

46.

The GRP Defendants incorporate by reference their responses to Paragraphs 1 through 45
as if fully set forth herein.

47.

The GRP Defendants deny the allegations contained in Paragraph 47 of Plaintiffs'
Complaint.

**ANSWERING THE COMPLAINT AS A WHOLE**

The GRP Defendants deny all allegations contained in Plaintiffs' Complaint not expressly
admitted, denied, or neither admitted nor denied for lack of information to form a belief.

## **PRAYER FOR RELIEF**

The GRP Defendants deny the allegations contained in the WHEREFORE Paragraph following Paragraph 47 of Plaintiffs' Complaint and further requests all taxes and costs, including attorneys' fees, to be taxed against Plaintiffs, a trial by jury made up of 12 jurors, and such other and further relief as the Court deems just, equitable and proper.

Respectfully submitted this 3rd day of February, 2021.

<div align="right">

*/s/ M. Anne Kaufold-Wiggins*
Hugh B. McNatt
Georgia Bar No. 498300
hmcnatt@balch.com
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
awiggins@balch.com
Hugh Peterson III
Georgia Bar No. 574212
hpeterson@balch.com
Whitney Della Torre
Georgia Bar No. 433364
wdellatorre@balch.com
Brittany Temple
Georgia Bar No. 627292
btemple@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Edwin Schwartz
Georgia Bar No. 631037
**SWEETNAM & SCHWARTZ**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (470) 395-7842
Facsimile: (770) 234-6779
ess@mseslegal.com

*Attorneys for Defendants Georgia Renewable Power, LLC and GRP Franklin, LLC d/b/a GRP Franklin I, LLC*

</div>

13

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 3rd day of February, 2021, a copy of the foregoing has been

served via statutory electronic service as follows:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
J. Alexander Prescott
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

*/s/ M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239

✦ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W

**FEB 03, 2021 02:54 PM**

*Heather Vaughn Hill*
Heather Vaughn Hill, Clerk
Franklin County, Georgia

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **DEBRA LANGSTON and NATHANIEL LANGSTON,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) ) ) |
| **GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; and JOHN DOE CORPORATION 1-20,** | ) )   **Civil Action No. 20FV0419W** ) ) ) ) ) |
| **Defendants.** | ) ) ) |

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I hereby certify that on this day, I have served a copy of *Georgia Renewable Power, LLC's First Request for Admissions to Plaintiffs*, *Georgia Renewable Power, LLC's First Interrogatories to Plaintiffs*, and *Georgia Renewable Power, LLC's First Request for Production of Documents to Plaintiffs* by statutory electronic service to the following:

<div align="center">

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

</div>

David A. Dial
Stephen J. Rapp
J. Alexander Prescott
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

Respectfully submitted this 3rd day of February, 2021.

*/s/ M. Anne Kaufold-Wiggins*

Hugh B. McNatt
Georgia Bar No. 498300
hmcnatt@balch.com
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
awiggins@balch.com
Hugh Peterson III
Georgia Bar No. 574212
hpeterson@balch.com
Whitney Della Torre
Georgia Bar No. 433364
wdellatorre@balch.com
Brittany Temple
Georgia Bar No. 627292
btemple@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Edwin Schwartz
Georgia Bar No. 631037
**SWEETNAM & SCHWARTZ**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (470) 395-7842
Facsimile: (770) 234-6779
ess@mseslegal.com

*Attorneys for Defendant Georgia Renewable
Power, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of February, 2021, a copy of the foregoing has been

served via statutory electronic service as follows:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
J. Alexander Prescott
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

*/s/ M. Anne Kaufold-Wiggins*
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W

FEB 03, 2021 03:15 PM

*Heather Vaughn Hill*
Heather Vaughn Hill, Clerk
Franklin County, Georgia

IN THE SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA

|  |  |  |
|---|---|---|
| DEBRA LANGSTON and;<br>NATHANIEL LANGSTON;<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA RENEWABLE POWER,<br>LLC; GRP FRANKLIN, LLC D/B/A GRP<br>FRANKLIN I, LLC; VEOLIA ENERGY<br>OPERATING SERVICES, LLC; AND<br>JOHN DOE CORPORATIONS 1-20;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No. 20FV0419W |

## **VEOLIA ENERGY OPERATING SERVICES, LLC ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant Veolia Energy Operating Services, LLC ("Veolia"), pursuant to O.C.G.A. § 9-11-12, files its Answer to Plaintiffs' Complaint.

1.      Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Complaint.

2.      Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint.

3.      Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint.

4.      Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint.

5.      Veolia denies the allegations or paragraph 5 of the Complaint, except admits that it is a foreign limited liability company authorized to do business in Georgia and

organized under the laws of the State of Delaware with its principal place of business located in Boston, Massachusetts.

6.     Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint.

7.     Veolia denies the allegations of paragraph 7 of the Complaint, except admits that Franklin County Biomass Power Plant is located in Franklin County, Georgia.

8.     Veolia denies the allegations of paragraph 8 of the Complaint.

9.     Veolia admits the allegations of paragraph 9 of the Complaint.

10.     Veolia admits that the Court has personal jurisdiction over Veolia.

11.     Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Complaint.

12.     Veolia denies the allegations of paragraph 12 of the Complaint, except admits that it began operating the Franklin County Biomass Power Plant in December, 2019.

13.     Veolia denies the allegations of paragraph 13 of the Complaint, except admits that it began operating the Franklin County Biomass Power Plant in approximately December, 2019.

14.     Veolia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Complaint.

15.     Veolia denies the allegations of paragraph 15 of the Complaint except admits that it began operating the Franklin County Biomass Power Plant in December, 2019.

16.     Veolia admits the allegations of paragraph 16 of the Complaint.

## COUNT I

### Nuisance

17.     Veolia incorporates its responses to Paragraphs 1 through 16 above as if fully set forth herein.

18.     Veolia denies the allegations of paragraph 18 of the Complaint.

19.     Veolia denies the allegations of paragraph 19 of the Complaint.

20.     Veolia denies the allegations of paragraph 20 of the Complaint.

21.     Veolia denies the allegations of paragraph 21 of the Complaint.

22.     Veolia denies the allegations of paragraph 22 of the Complaint.

23.     Veolia denies the allegations of paragraph 23 of the Complaint.

24.     Veolia denies the allegations of paragraph 24 of the Complaint.

25.     Veolia denies the allegations of paragraph 25 of the Complaint.

26.     Veolia denies the allegations of paragraph 26 of the Complaint.

27.     Veolia denies the allegations of paragraph 27 of the Complaint.

## COUNT II

### Negligence

28.     Veolia incorporates its responses to Paragraphs 1 through 27 above as if fully set forth herein.

29.     Veolia denies the allegations of paragraph 29 of the Complaint, except admits that it began operating the Franklin County Biomass Power Plant in approximately December, 2019.

30.     Paragraph 30 of the Complaint alleges a legal conclusion to which no response is required, and Veolia refers all questions of law to the Court.

31.     Paragraph 31 of the Complaint alleges a legal conclusion to which no response is required, and Veolia refers all questions of law to the Court.

3

32.     Paragraph 32 of the Complaint alleges a legal conclusion to which no response is required, and Veolia refers all questions of law to the Court.

33.     Veolia denies the allegations of paragraph 33 of the Complaint.

34.     Veolia denies the allegations of paragraph 34 of the Complaint.

35.     Veolia denies the allegations of paragraph 35 of the Complaint.

36.     Veolia denies the allegations of paragraph 36 of the Complaint.

37.     Veolia denies the allegations of paragraph 37 of the Complaint.

38.     Veolia denies the allegations of paragraph 38 of the Complaint.

39.     Veolia denies the allegations of paragraph 39 of the Complaint.

40.     Veolia denies the allegations of paragraph 40 of the Complaint.

## COUNT III

### Punitive Damages

41.     Veolia incorporates its responses to Paragraphs 1 through 40 above as if fully set forth herein.

42.     Veolia denies the allegations of paragraph 42 of the Complaint.

43.     Veolia denies the allegations of paragraph 43 of the Complaint.

44.     Veolia denies the allegations of paragraph 44 of the Complaint.

45.     Veolia denies the allegations of paragraph 45 of the Complaint.

## COUNT IV

### Attorney's Fees, Costs, and Expenses of Litigation

46.     Veolia incorporates its responses to Paragraphs 1 through 45 above as if fully set forth herein.

47.     Veolia denies the allegations of paragraph 47 of the Complaint.

4

48.    Veolia denies any allegations to which it has not responded above, including the "Wherefore" clause of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs fail to state a claim upon which relief may be granted.

### Second Affirmative Defense

Veolia cannot be liable for nuisance because that which the law authorizes to be done, if done as the law authorizes, cannot be a nuisance.

### Third Affirmative Defense

Veolia did not breach any duty owed to the Plaintiffs.

### Fourth Affirmative Defense

If Plaintiffs sustained any injuries or incurred any damages, the same were proximately caused in whole or in part by the acts or omissions of persons other than Veolia, over whom Veolia had no control, or by the superseding intervention of causes outside of Veolia's control.

### Fifth Affirmative Defense

Veolia submits Plaintiffs' alleged damages or injuries were not caused by the negligence of Veolia. However, if Veolia is determined to be liable, any recovery by Plaintiffs should be reduced by a pro-rata amount attributable to the fault of Defendant Georgia Renewable Power, LLC, Defendant GRP Franklin, LLC d/b/a GRP Franklin I, LLC, Defendants John Doe Corporations 1-20, and any nonparties pursuant to O.C.G.A. § 51-12-33.

### Sixth Affirmative Defense

Veolia may rely upon such other affirmative defenses as they may become apparent during the course of discovery and, therefore, reserves the right to amend its Answer to assert any such defenses.

WHEREFORE, Defendant Veolia, having fully responded to the allegations of the Complaint, respectfully prays that it be discharged from this action without liability and that all costs be cast upon Plaintiffs.

This 3rd day of February, 2021.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Stephen J. Rapp*
David A. Dial
Georgia Bar No. 220329
Stephen J. Rapp
Georgia Bar No. 103806
J. Alexander Prescott
Georgia Bar No. 966471
*Attorneys for Veolia Operating Services, LLC*

3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing pleading via the Court's electronic filing system which will automatically serve a copy upon the following counsel of record:

<div align="center">

Michael D. McRae, Esq.
Virginia Barrow Harman, Esq.
Jason B. Sanker, Esq.
John F. Lee Niedrach, Esq.
Linton S. Johnson, III, Esq.
McRAE, SMITH, PEEK, HARMAN & MONROE, LLP
111 Bridgepoint Plaza
Suite 300
Rome, Georgia 30161

</div>

This 3rd day of February, 2021.

<div align="right">

*/s/ Stephen J. Rapp*
Stephen J. Rapp
Georgia Bar No.: 103806

</div>

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
FEB 03, 2021 03:15 PM

Heather Vaughn Hill
Heather Vaughn Hill, Clerk
Franklin County, Georgia

IN THE SUPERIOR COURT OF FRANKLIN COUNTY
STATE OF GEORGIA

DEBRA LANGSTON AND;      )
NATHANIEL LANGSTON;      )
                               )
      Plaintiffs,      )     Civil Action File No. 20FV0419W
                               )
v.                           )
                               )
GEORGIA RENEWABLE POWER,      )
LLC; GRP FRANKLIN, LLC D/B/A GRP      )
FRANKLIN I, LLC; VEOLIA ENERGY      )
OPERATING SERVICES, LLC; AND      )
JOHN DOE CORPORATIONS 1-20;      )
                               )
      Defendants.      )

---

## JOINT STIPULATION EXTENDING TIME FOR DEFENDANT VEOLIA ENERGY CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that counsel for Defendant Veolia Energy Operating Services, LLC has this date served the following documents upon opposing counsel of record addressed to the parties on the attached Certificate of Service:

1. Veolia Energy Operating Services, LLC Responses to Plaintiffs' First Request for Production; and

2. Veolia Energy Operating Services, LLC Responses to Plaintiffs' First Interrogatories.

This 3rd day of February, 2021.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Stephen J. Rapp*
David A. Dial
Georgia Bar No. 220329
Stephen J. Rapp

Georgia Bar No. 103806
J. Alexander Prescott
Georgia Bar No. 966471
*Attorneys for Veolia Operating Services, LLC*

3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing pleading via the Court's electronic filing system which will automatically serve a copy upon the following counsel of record:

Michael D. McRae, Esq.
Virginia Barrow Harman, Esq.
Jason B. Sanker, Esq.
John F. Lee Niedrach, Esq.
Linton S. Johnson, III, Esq.
McRAE, SMITH, PEEK, HARMAN & MONROE, LLP
111 Bridgepoint Plaza
Suite 300
Rome, Georgia 30161

This 3rd day of February, 2021.

*/s/ Stephen J. Rapp*
Stephen J. Rapp
Georgia Bar No.: 103806

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
W
FEB 18, 2021 03:42 PM

Heather Vaughn Hill
Heather Vaughn Hill, Clerk
Franklin County, Georgia

### IN THE SUPERIOR COURT OF FRANKLIN COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| ARLEN HART and ANGIE HART, )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>)<br>GEORGIA RENEWABLE POWER, )<br>LLC; GRP FRANKLIN, LLC d/b/a GRP )<br>FRANKLIN I, LLC; VEOLIA ENERGY )<br>OPERATING SERVICES, LLC; and )<br>JOHN DOE CORPORATION 1-20, )<br>)<br>    **Defendants.** ) | **Civil Action No. 20FV0396W** |
| JAMES MORRIS SWEATMAN and )<br>JANICE NIX SWEATMAN, )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>GEORGIA RENEWABLE POWER, )<br>LLC; GRP FRANKLIN, LLC d/b/a GRP )<br>FRANKLIN I, LLC; VEOLIA ENERGY )<br>OPERATING SERVICES, LLC; and )<br>JOHN DOE CORPORATION 1-20, )<br>)<br>    **Defendants.** ) | **Civil Action No. 20FV0397W** |
| WILLIS GARY HIGGINS and BRENDA )<br>RAY HIGGINS, )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>)<br>GEORGIA RENEWABLE POWER, )<br>LLC; GRP FRANKLIN, LLC d/b/a GRP )<br>FRANKLIN I, LLC; VEOLIA ENERGY )<br>OPERATING SERVICES, LLC; and )<br>JOHN DOE CORPORATION 1-20, )<br>)<br>    **Defendants.** ) | **Civil Action No. 20FV0398W** |

| | |
|---|---|
| **TERRI JO ALEXANDER and JEFFREY G. POWERS,**<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; and JOHN DOE CORPORATION 1-20,**<br><br>     **Defendants.** | **Civil Action No. 20FV0399W** |
| **JAMES NESMITH,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; and JOHN DOE CORPORATION 1-20,**<br><br>     **Defendants.** | **Civil Action No. 20FV0400W** |
| **JUSTIN PRUITT, CHRISTY MCKENZIE, and RADA SUE PRUITT**<br><br>     **Plaintiffs,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC d/b/a GRP FRANKLIN I, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; and JOHN DOE CORPORATION 1-20,**<br><br>     **Defendants.** | **Civil Action No. 20FV0401W** |

2

| | |
|---|---|
| **DEREK HARRIS and MICHELLE**<br>**HARRIS,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER,**<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP**<br>**FRANKLIN I, LLC; VEOLIA ENERGY**<br>**OPERATING SERVICES, LLC; and**<br>**JOHN DOE CORPORATION 1-20,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 20FV0402W**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **BRANDON MICHAEL AYERS,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER,**<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP**<br>**FRANKLIN I, LLC; VEOLIA ENERGY**<br>**OPERATING SERVICES, LLC; and**<br>**JOHN DOE CORPORATION 1-20,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 20FV0403W**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **AGNES MILLEN,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER,**<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP**<br>**FRANKLIN I, LLC; VEOLIA ENERGY**<br>**OPERATING SERVICES, LLC; and**<br>**JOHN DOE CORPORATION 1-20,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 20FV0404W**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| **DONNIE GETTYS and TRACEY** )<br>**GETTYS,** )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**GEORGIA RENEWABLE POWER,** )<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP** )<br>**FRANKLIN I, LLC; VEOLIA ENERGY** )<br>**OPERATING SERVICES, LLC; and** )<br>**JOHN DOE CORPORATION 1-20,** )<br>)<br>    **Defendants.** ) | **Civil Action No. 20FV0405W** |
| **ROGER WILSON and GERRY WILSON,** )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**GEORGIA RENEWABLE POWER,** )<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP** )<br>**FRANKLIN I, LLC; VEOLIA ENERGY** )<br>**OPERATING SERVICES, LLC; and** )<br>**JOHN DOE CORPORATION 1-20,** )<br>)<br>    **Defendants.** ) | **Civil Action No. 20FV0406W** |
| **JEFFERY S. SMITH and KRISTEN L.** )<br>**SMITH,** )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**GEORGIA RENEWABLE POWER,** )<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP** )<br>**FRANKLIN I, LLC; VEOLIA ENERGY** )<br>**OPERATING SERVICES, LLC; and** )<br>**JOHN DOE CORPORATION 1-20,** )<br>)<br>    **Defendants.** ) | **Civil Action No. 20FV0407W** |

SHEILA BAKER,             )
                                     )
      Plaintiff,           )
                                     )
v.                      )
                                     )
GEORGIA RENEWABLE POWER,   )   Civil Action No. 20FV0408W
LLC; GRP FRANKLIN, LLC d/b/a GRP   )
FRANKLIN I, LLC; VEOLIA ENERGY   )
OPERATING SERVICES, LLC; and   )
JOHN DOE CORPORATION 1-20,   )
                                     )
      Defendants.      )

LINDA ABBS, THE LINDA R. ABBS   )
REVOCABLE LIVING TRUST, and   )
MARK BELLAMY,          )
                                     )
      Plaintiffs,         )
                                     )
v.                      )
                                   )   Civil Action No. 20FV0409W
GEORGIA RENEWABLE POWER,   )
LLC; GRP FRANKLIN, LLC d/b/a GRP   )
FRANKLIN I, LLC; VEOLIA ENERGY   )
OPERATING SERVICES, LLC; and   )
JOHN DOE CORPORATION 1-20,   )
                                     )
      Defendants.      )

MICHAEL THOMAS BLALOCK,   )
                                     )
      Plaintiff,           )
                                     )
v.                      )
                                   )
GEORGIA RENEWABLE POWER,   )   Civil Action No. 20FV0410W
LLC; GRP FRANKLIN, LLC d/b/a GRP   )
FRANKLIN I, LLC; VEOLIA ENERGY   )
OPERATING SERVICES, LLC; and   )
JOHN DOE CORPORATION 1-20,   )
                                     )
      Defendants.      )

5

**BRUCE O'CONNOR,**                                )
                                                   )
    **Plaintiff,**               )
                                                   )
**v.**                                             )
                                                   )
**GEORGIA RENEWABLE POWER,**        )     Civil Action No. 20FV0411W
**LLC; GRP FRANKLIN, LLC d/b/a GRP**    )
**FRANKLIN I, LLC; VEOLIA ENERGY**     )
**OPERATING SERVICES, LLC; and**      )
**JOHN DOE CORPORATION 1-20,**        )
                                                   )
    **Defendants.**              )

**BRETT JINKS and VANESSA JINKS,**    )
                                                   )
    **Plaintiffs,**              )
                                                   )
**v.**                                             )
                                                   )
**GEORGIA RENEWABLE POWER,**        )     Civil Action No. 20FV0412W
**LLC; GRP FRANKLIN, LLC d/b/a GRP**    )
**FRANKLIN I, LLC; VEOLIA ENERGY**     )
**OPERATING SERVICES, LLC; and**      )
**JOHN DOE CORPORATION 1-20,**        )
                                                   )
    **Defendants.**              )

**DENNIS MCCALL and GWEN**           )
**MCCALL,**                                        )
                                                   )
    **Plaintiffs,**              )
                                                   )
**v.**                                             )
                                                   )
                                                   )     Civil Action No. 20FV0413W
**GEORGIA RENEWABLE POWER,**        )
**LLC; GRP FRANKLIN, LLC d/b/a GRP**    )
**FRANKLIN I, LLC; VEOLIA ENERGY**     )
**OPERATING SERVICES, LLC; and**      )
**JOHN DOE CORPORATION 1-20,**        )
                                                   )
    **Defendants.**              )

| | |
|---|---|
| **RODNEY PEARCY, GINA PEARCY,**<br>**and MELISSA ROBERSON,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER,**<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP**<br>**FRANKLIN I, LLC; VEOLIA ENERGY**<br>**OPERATING SERVICES, LLC; and**<br>**JOHN DOE CORPORATION 1-20,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 20FV0414W** |
| **KENNETH EARL DICKENS**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER,**<br>**LLC; GRP FRANKLIN, LLC d/b/a GRP**<br>**FRANKLIN I, LLC; VEOLIA ENERGY**<br>**OPERATING SERVICES, LLC; and**<br>**JOHN DOE CORPORATION 1-20,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 20FV0415W** |
| **SAMUEL DAVID ELROD and**<br>**KATHY BROWN ELROD,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**GEORGIA RENEWABLE POWER, LLC;**<br>**GRP FRANKLIN, LLC d/b/a GRP**<br>**FRANKLIN I, LLC; VEOLIA ENERGY**<br>**OPERATING SERVICES, LLC; and JOHN**<br>**DOE CORPORATION 1-20,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 20FV0416W** |

7

**JEREMY SCHIFFER, JUDY SCHIFFER,**  )
**COREY SCHIFFER, and WENDY**  )
**SCHIFFER,**  )
  )
  **Plaintiffs,**  )
  )
**v.**  )
  )
  )   **Civil Action No. 20FV0417W**
**GEORGIA RENEWABLE POWER,**  )
**LLC; GRP FRANKLIN, LLC d/b/a GRP**  )
**FRANKLIN I, LLC; VEOLIA ENERGY**  )
**OPERATING SERVICES, LLC; and**  )
**JOHN DOE CORPORATION 1-20,**  )
  )
  **Defendants.**  )

**MARK VENTON BLALOCK and**  )
**MAYRA ELENA BLALOCK,**  )
  )
  **Plaintiffs,**  )
  )
**v.**  )
  )
  )   **Civil Action No. 20FV0418W**
**GEORGIA RENEWABLE POWER,**  )
**LLC; GRP FRANKLIN, LLC d/b/a GRP**  )
**FRANKLIN I, LLC; VEOLIA ENERGY**  )
**OPERATING SERVICES, LLC; and**  )
**JOHN DOE CORPORATION 1-20,**  )
  )
  **Defendants.**  )

**DEBRA LANGSTON and**  )
**NATHANIEL LANGSTON,**  )
  )
  **Plaintiffs,**  )
  )
**v.**  )
  )
  )   **Civil Action No. 20FV0419W**
**GEORGIA RENEWABLE POWER,**  )
**LLC; GRP FRANKLIN, LLC d/b/a GRP**  )
**FRANKLIN I, LLC; VEOLIA ENERGY**  )
**OPERATING SERVICES, LLC; and**  )
**JOHN DOE CORPORATION 1-20,**  )
  )
  **Defendants.**  )

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I hereby certify that on this day, I have served a copy of ***Defendants Georgia Renewable Power, LLC and GRP Franklin, LLC d/b/a GRP Franklin I, LLC's Responses to Plaintiffs' First Interrogatories*** and ***Defendants Georgia Renewable Power, LLC and GRP Franklin, LLC d/b/a GRP Franklin I, LLC's Responses to Plaintiffs' First Request for Production*** by statutory electronic service to the following:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
J. Alexander Prescott
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

[Signature on Following Page]

9

Respectfully submitted this 18th day of February, 2021.

*/s/ M. Anne Kaufold-Wiggins*

Hugh B. McNatt
Georgia Bar No. 498300
hmcnatt@balch.com
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
awiggins@balch.com
Hugh Peterson III
Georgia Bar No. 574212
hpeterson@balch.com
Whitney Della Torre
Georgia Bar No. 433364
wdellatorre@balch.com
Brittany Temple
Georgia Bar No. 627292
btemple@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Edwin Schwartz
Georgia Bar No. 631037
**SWEETNAM & SCHWARTZ**
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
Telephone: (470) 395-7842
Facsimile: (770) 234-6779
ess@mseslegal.com

*Attorneys for Defendant Georgia Renewable Power, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 18th day of February, 2021, a copy of the foregoing has

been served via statutory electronic service as follows:

Michael D. McRae
Virginia Barrow Harman
Jason B. Sanker
John F. Lee Niedrach
Linton S. Johnson, III
**McRAE, SMITH, PEEK, HARMAN & MONROE, LLP**
111 Bridgepoint Plaza, Suite 300
Rome, Georgia 30161
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com

David A. Dial
Stephen J. Rapp
J. Alexander Prescott
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

*/s/ **M. Anne Kaufold-Wiggins***
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239

11

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FRANKLIN COUNTY, GEORGIA

**20FV0419W**
**W**
APR 05, 2021 09:45 AM

*Heather Vaughn Hill*
Heather Vaughn Hill, Clerk
Franklin County, Georgia

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **DEBRA LANGSTON and** | ) | |
| **NATHANIEL LANGSTON;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | |
| **v.** | ) | **20FV0419W** |
| | ) | |
| **GEORGIA RENEWABLE POWER,** | ) | |
| **LLC; GRP FRANKLIN, LLC d/b/a GRP** | ) | |
| **FRANKLIN I, LLC; VEOLIA ENERGY** | ) | |
| **OPERATING SERVICES, LLC; and** | ) | |
| **JOHN DOE CORPORATIONS 1-20;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RULE 5.2 CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Defendants with a copy of the following discovery:

- *Plaintiffs' Responses to Defendant Georgia Renewable Power, LLC's First Request for Admissions to Plaintiffs;*
- *Plaintiffs' Responses to Defendant Georgia Renewable Power, LLC's First Interrogatories to Plaintiffs; and*
- *Plaintiffs' Responses to Defendant Georgia Renewable Power, LLC's First Request for Production of Documents to Plaintiffs.*

Service was perfected by statutory electronic service to the following:

BALCH & BINGHAM LLP
M. Anne Kaufold-Wiggins
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
awiggins@balch.com

SWEETNAM & SCHWARTZ
Edwin Schwartz
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
ess@mseslegal.com

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
David A. Dial
Stephen J. Rapp
J. Alexander Prescott
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com


This 5th day of April, 2021.

MCRAE, SMITH, PEEK, HARMAN
& MONROE, LLP

s/Jason B. Sanker, Esq.

| | |
|---|---|
| 111 Bridgepoint Plaza | JASON B. SANKER |
| Suite 300 | Georgia Bar No. 142463 |
| Rome, Georgia 30161 | VIRGINIA BARROW HARMAN |
| p: (706) 291-6223 | Georgia Bar No. 327225 |
| f: (706) 291-7429 | MICHAEL D. McRAE |
| mmcrae@msp-lawfirm.com | Georgia Bar No. 499150 |
| vharman@msp-lawfirm.com | JOHN F. LEE NIEDRACH |
| jsanker@msp-lawfirm.com | Georgia Bar No. 152408 |
| lniedrach@msp-lawfirm.com | LINTON S. JOHNSON, III |
| ljohnson@msp-lawfirm.com | Georgia Bar No. 107244 |

## IN THE SUPERIOR COURT OF FRANKLIN COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **DEBRA LANGSTON and** | ) | |
| **NATHANIEL LANGSTON;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | |
| **v.** | ) | **20FV0419W** |
| | ) | |
| **GEORGIA RENEWABLE POWER,** | ) | |
| **LLC; GRP FRANKLIN, LLC d/b/a GRP** | ) | |
| **FRANKLIN I, LLC; VEOLIA ENERGY** | ) | |
| **OPERATING SERVICES,  LLC; and** | ) | |
| **JOHN DOE CORPORATIONS 1-20;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2021, a copy of the foregoing has been served via statutory electronic service as follows:

**BALCH & BINGHAM LLP**
M. Anne Kaufold-Wiggins
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
awiggins@balch.com

**SWEETNAM & SCHWARTZ**
Edwin Schwartz
1050 Crown Pointe Parkway, Suite 500
Atlanta, Georgia 30338
ess@mseslegal.com

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
David A. Dial
Stephen J. Rapp
J. Alexander Prescott
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
ddial@wwhgd.com
srapp@wwhgd.com
jprescott@wwhgd.com

This 5th day of April, 2021.

MCRAE, SMITH, PEEK, HARMAN
& MONROE, LLP

s/Jason B. Sanker, Esq.
JASON B. SANKER
Georgia Bar No. 142463
VIRGINIA BARROW HARMAN
Georgia Bar No. 327225
MICHAEL D. McRAE
Georgia Bar No. 499150
JOHN F. LEE NIEDRACH
Georgia Bar No. 152408
LINTON S. JOHNSON, III
Georgia Bar No. 107244

111 Bridgepoint Plaza
Suite 300
Rome, Georgia 30161
p: (706) 291-6223
f: (706) 291-7429
mmcrae@msp-lawfirm.com
vharman@msp-lawfirm.com
jsanker@msp-lawfirm.com
lniedrach@msp-lawfirm.com
ljohnson@msp-lawfirm.com